**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY L. CLINE, et al., | Case No. EDCV 18-2350 SJO (SS) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MARLENE HAGEN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 4, 2019

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE